**THE HONORABLE MARSHA J. PECHMAN**

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| LINDA COLLIER, individually,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer licensed to do business in the State of Washington,<br><br>　　　　　Defendant. | NO. 2:19-cv-00932-MJP<br><br>ORDER FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)<br><br>**NOTED FOR CONSIDERATION: 12/3/2019 (Same day motion)**<br><br>**Without oral argument** |

## ORDER OF DISMISSAL

Based on the Stipulated Motion for Dimissal in this matter, IT IS HEREBY ORDERED that all claims in this action shall be dismissed with prejudice and without costs to any party pursuant to FRCP 41(a)(1)(A).

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER FOR DISMISSAL
PURSUANT TO FRCP 41(a)(1)(A) - 1
(Case No. 2:19-cv-00932-MJP)

DATED this _9th_ day of _December_, 2019.
Presented by:

WAKEFIELD & KIRKPATRICK, PLLC

By *s/Scott C. Wakefield; s/ Dan R. Kirkpatrick*
   Scott C. Wakefield         WSBA #11222
   Dan R. Kirkpatrick         WSBA #38674
   Attorneys for Defendant State Farm Mutual Automobile Insurance Company

Copy Received, Approved as to Form;
Notice of Presentation Waived:

By*s/ Jennifer L/ Bechtold; Janelle M. Carney*
   Jennifer L. Bechtold        WSBA #52487
   Janelle M. Carney         WSBA#41028
   Attorneys for Plaintiff Linda Collier

# CERTIFICATE OF SERVICE

I hereby certify that on December 3rd, 2019, I electronically filed the following document(s):

1. [PROPOSED] ORDER FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff:**

Jennifer L. Bechtold   WSBA #52487
Janelle M. Carney   WSBA #41028
Jeff Comstock   WSBA #41575
GLP Attorneys, P.S., Inc.
601 W. Main, Ste. 305
Spokane, WA 99201
Tel:   (509) 316-5987
jbechtold@glpattorneys.com;
jcarney@glpattorneys.com;
jcomstock@glpattorneys.com;

    *s/ Erica Solbrig*
Erica Solbrig
WAKEFIELD & KIRKPATRICK, PLLC
17544 Midvale Avenue North, Suite 307
Shoreline, WA 98133
Phone: (206) 629-5489
Fax: (206) 629-2120
esolbrig@wakefieldkirkpatrick.com

ORDER FOR DISMISSAL
PURSUANT TO FRCP 41(a)(1)(A) - 3
(Case No. 2:19-cv-00932-MJP)